AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-CV-03323

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* C. Hogan
was received by me on *(date)* March 2, 2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served by designated delivery service (FedEx) on Defendant's registered agent in the State of Washington, Capitol Corporate Services, Inc., pursuant to Federal Rule of Civil Procedure 4(e)(1), 4(h)(1)(A), 4(h)(1)(B); Nebraska Revised Statute § 25-509.01; and Revised Code of Washington § 23.95.450.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/2/22

Server's signature

Julie A. Alber, Legal Assistant
*Printed name and title*

233 South 13th Street, #1900 Lincoln, NE 68508
*Server's address*

Additional information regarding attempted service, etc:



**FedEx® Tracking**

776173825328

 

**ADD NICKNAME**

## Delivered
### Wednesday, March 2, 2022 at 10:33 am



**DELIVERED**
Signed for by: C.HOGAN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| Julie Alber | c/o Capitol Corporate Services, Inc<br>doxo, Inc. |
| 233 South 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE US 68508<br>402-474-6900 | 1780 Barnes Blvd. SW<br>Tumwater, WA US 98512<br>800-345-4647 |

**MANAGE DELIVERY** 

### Travel History

**TIME ZONE**
Local Scan Time

**Wednesday, March 2, 2022**

| | | |
|---|---|---|
| 10:33 AM | Tumwater, WA | Delivered |
| 9:26 AM | OLYMPIA, WA | On FedEx vehicle for delivery |
| 8:56 AM | OLYMPIA, WA | At local FedEx facility |
| 6:43 AM | SEATTLE, WA | At destination sort facility |
| 4:21 AM | MEMPHIS, TN | Departed FedEx hub |

Tuesday, March 1, 2022

| | | |
|---|---|---|
| 11:21 PM | MEMPHIS, TN | Shipment arriving On-Time |
| 11:08 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 7:15 PM | LINCOLN, NE | Left FedEx origin facility |
| 6:00 PM | LINCOLN, NE | Picked up |
| 12:29 PM | | Shipment information sent to FedEx |

Expand History ˅

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 776173825328 | FedEx Priority Overnight | 1 lbs / 0.45 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 1 lbs / 0.45 kgs | Shipper | 5134.017 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 3/1/22 ⓘ |

| SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|---|
| $0.00 | 3/2/22 before 12:00 pm ⓘ | 3/2/22 at 10:33 am |