IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE FARMERS MUTUAL INSURANCE COMPANY OF NEBRASKA,<br><br>            Plaintiff,<br><br>    v.<br><br>DOXO, INC.,<br><br>            Defendant. | Case No. 4:21-cv-03323-CRZ |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DEADLINE FOR FILING DEFENDANT'S RESPONSE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant DOXO, Inc., by and through its attorneys of record in this matter, hereby moves the Court for an order extending the time in which the Defendant must file an answer or other responsive pleading by 30 days to April 22, 2022.  In support of this motion, Defendant states as follows:

1. Defendant files this motion in good faith and not to cause undue delay.  Counsel for Defendant believes good cause exists for this motion for extension.

2. The present deadline for Defendant to submit an answer or responsive pleading is March 23, 2022, and this motion is being filed before the expiration of that deadline.

3. This is the first time that Defendant has moved the Court for such an extension.

4. Counsel for Plaintiff and counsel for Defendant have conferred, and Plaintiff does not object to Defendant's motion to extend the deadline for Defendant to answer or otherwise respond by 30 days to April 22, 2022.

WHEREFORE, Defendant respectfully requests the Court enter an order granting the Defendant until April 22, 2022, to file an answer or other responsive pleading in the case.

4894-9518-8501.1

Dated this 15th day of March 2022.

        DOXO, INC., Defendant

By:  */s/ John P. Passarelli*
    John P. Passarelli #16018
    Patrick C. Stephenson #19138
    Carol A. Svolos #24731
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 346-6000
    Fax: (402) 346-1148
    john.passarelli@kutakrock.com
    patrick.stephenson@kutakrock.com
    carol.svolos@kutakrock.com

    William C. Rava, to be admitted *pro hac vice*
    Alison R. Caditz, admitted *pro hac vice*
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    (206) 359-8000
    Fax: (206) 359-9000
    WRava@perkinscoie.com
    ACaditz@perkinscoie.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on March 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

        */s/ John P. Passarelli*
        John P. Passarelli

4894-9518-8501.1